### First National Bank of Marietta v. Novey, Iams & Co.

*(Circuit Court, S. D. Ohio.  May, 1881.)*

**1. BANKRUPTCY—FINAL DIVIDEND—SECTION 5093, REV. ST.**

Decision of the district court *(In re Hovey, Iams & Co.* 5 FED. REP. 356) *affirmed* by BAXTER, C. J., without delivering an opinion.